EDUARDO Reyes, Pro Se litigant
C.D.C.# P-71966
P.B.S.P., P.O.BOX 7500
CRESCENT City, CA 95532



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

| | |
|---|---|
| EDUARDO Reyes<br>Plaintiff<br><br>V.<br><br>Robert HOREL, ET.AL.<br>Defendants | CASE NO: CV 08 0813 SI<br><br>Motion for appointment of counsel;<br>Affidavit in support of motion for<br>appointment of counsel; Memorandum<br>of LAW.<br><br>(PR) |

Plaintiff Eduardo Reyes, persuant to §1915, request this court to appoint counsel to represent him in this case for the following reasons:

    1. Plaintiff is unable to afford counsel.
    2. The issues involved in this case are complex.
    3. Plaintiff has a 5. grade point level.

1.

4. Plaintiff has a limited knowledge of law.

DATED: 1-30-08                             Respectfully submitted:

*Reyes Eduardo.*

Eduardo Reyes C.D.C. # P-71966
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532.

AFFIDAVIT IN SUPPORT of
MOTION for Appointment of Counsel.

Eduardo Reyes, under penalty of perjury under the laws of the U.S constitution and federal and state law says:

1. I am the plaintiff in the above entitled case, I make this affidavit in support of my motion for the Appointment of Counsel.

2. The complaint in this case alleges that the plaintiff was subjected to cruel and inhumane treatment by several correctional officers and subjected to cruel and inhumane living standards in punitive fashion for a period of 5 days. It alleges that supervisory officials were aware of the cruel inhumane treatment and living standard and are liable for refusing to take action and allowing plaintiff to be placed in an open roof enclosure over night in only boxer shorts and socks and handcuffed hands behind his back and allowing plaintiff to be placed back in the cell without basic hygenic necessities and not fully decontaminated.

3. This is a complex case because it contains legal claims which involve different defendants each with specific responsability.

3

4. The case requires discovery of documents and depositions of a number of witnesses/defendants.

5. The plaintiff has only a 5. grade point level and has no legal education.

6. As set forth in the memorandum of law submitted with this motion, these facts, along with legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

Wherefore, the plaintiff's motion for the appointment of counsel should be granted.

Under penalty of perjury under the laws of the U.S. and California the foregoing is true and correct.

Respectfully submitted
Reyes Eduardo.

DATED: 1-30-08

4