AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Northern District of California

| | |
|---|---|
| Eduardo Reyes | ) |
| Plaintiff | ) |
| v. | )    Civil Action No.    C08-813 SI (pr) |
| Richard Kirkland, warde; et al., | ) |
| Defendant | ) |

### Summons in a Civil Action

To:    B-yard sergeant S. Anderson, see attchment

           *(Defendant's name)*

A lawsuit has been filed against you.

      Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 

                                             Richard W. Wieking

                                             Name of clerk of court

Date:    **2 6 JUN 2008**

                                             YUMIKO SAITO
                                             Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# ATTACHMENT

B-yard sergeant S. Anderson
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Sergeant Peppiot
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Correctional officer Slavec
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Correctional officer Chapman
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Correctional officer Miller
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Correctional officer Love
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Correctional officer George
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Correctional officer Richcreek
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

D. Nelson (8 block control booth tower officer)
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532