UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO REYES, | No. C 08-813 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| RICHARD KIRKLAND, warden; et al., | |
| Defendants. | |

Defendants filed an <u>ex parte</u> request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Brendan Kelly, the court GRANTS the request. (Docket # 31.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendants must file and serve on plaintiff their dispositive motion no later than **November 25, 2009**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **December 30, 2009**.

3. Defendants must file and serve their reply brief (if any) no later than **January 15, 2010**.

IT IS SO ORDERED.

Dated: October 20, 2009

_____
SUSAN ILLSTON
United States District Judge