UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO REYES,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD KIRKLAND, warden; et al.,<br><br>        Defendants.<br>_____/ | No. C 08-813 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Defendants filed an <u>ex parte</u> request for a second extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Brendan Kelly, the court GRANTS the request. (Docket # 36.) The court now sets the following new briefing schedule for dispositive motions:

1.    Defendants must file and serve on plaintiff their dispositive motion no later than **January 29, 2010**.

2.    Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 5, 2010**.

3.    Defendants must file and serve their reply brief, if any, no later than **March 19, 2010**.

IT IS SO ORDERED.

Dated: November 23, 2009

                                                                     _____
                                                                     SUSAN ILLSTON
                                                              United States District Judge