UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDUARDO REYES,　　　　　　　　　　　　　　No. C 08-0813 SI (PR)

　　　　Plaintiff,　　　　　　　　　　　　　　　**JUDGMENT**

　　v.

RICHARD KIRKLAND, et al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　／

　　　　Summary judgment having been granted in favor of defendants Yax, Chapman, George, C. Hamilton, Love, Miller, D. Nelson, Peppiot, Richcreek, and Slavec, judgment is hereby entered in their favor. Plaintiff shall take nothing by way of his complaint.

　　　　**IT IS SO ORDERED AND ADJUDGED**.

DATED: August 27, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge